**<u>EXHIBIT A</u>**

Pursuant to the electronic signature authorization I provided for this loan, and after clarifying my application information which is being updated based on additional information I provided, in the disclosures and previously stated loan terms, I agree to the modification below/above and authorize the use of my electronic signature authorization as my signature, acceptance and consent to the modification of the terms as expressed below/above in connection with the consummation of the loan.

## Application Agreement
## MAKES CENTS, INC. d/b/a MaxLend

Borrower's Name:                                                                                            Loan #:
**Lauren Combs**

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:** To help the US government fight the funding of terrorism and money laundering activities, the Bank Secrecy Act requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask for a copy of your driver's license or other identifying documents.

The information in no way will be used in making the credit decision on your completed application.

**Notice:** This Loan is not designed as a solution to long-term financial problems and should not be used as such. Customers with credit difficulties should seek credit counseling or meet with a nonprofit financial counseling service in their community.

**BANKRUPTCY:** You certify to us, by executing this document, that you are not a debtor in any bankruptcy proceeding and have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code.

**GOVERNING LAW:** The laws of the Mandan, Hidatsa, and Arikara Nation, also known as the Three Affiliated Tribes of the Fort Berthold Reservation ("the Tribe"), govern this Loan Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law shall exclusively apply to such dispute. You and we agree that any controversies that may arise hereunder shall be resolved exclusively by Arbitration.

**AGREEMENT TO ARBITRATE ALL DISPUTES:** Arbitration is a means for legal matters between two parties to be resolved by a neutral arbitrator rather than a court. All claims, demands, disputes or controversies between you and MaxLend (its employees, officers, directors, members, agents or assigns), including disputes regarding the scope and validity of this Arbitration clause, and any MaxLend product or service, shall be subject to Arbitration as provided herein. If your application is approved and you enter into a Loan Agreement with us, this Arbitration Clause is incorporated into the Loan Agreement and made part thereof. You agree that YOU ARE WAIVING YOUR RIGHT TO HAVE A TRIAL BY JURY. This Arbitration Agreement shall apply to all claims, whether under common law or pursuant to federal, state, Tribal or local statute, regulation or ordinance, or for claims of fraud, misrepresentation or for collection of the loan, and you specifically waive your right to bring, join or participate in any class action lawsuit. All Arbitration claims shall be resolved by binding individual (not joint or class) arbitration by and finally settled under the rules of the arbitration organization of your choice: American Arbitration Association (1-800-778-7879) www.adr.org; JAMS (1-800-353-5367) www.jamsadr.com; or an arbitration organization agreed upon by you and the other parties to the dispute. This agreement to arbitrate all disputes shall apply no matter by whom or against whom the claim is filed.

NOTICE: YOU AND WE HAVE AGREED **THERE WILL BE NO RIGHT OR OPPORTUNITY TO LITIGATE DISPUTES THROUGH A COURT** AND HAVE A JUDGE OR JURY DECIDE THE DISPUTES BUT HAVE AGREED INSTEAD TO RESOLVE DISPUTES THROUGH BINDING ARBITRATION.

**AGREEMENT NOT TO BRING, JOIN OR PARTICIPATE IN CLASS ACTIONS:** To the extent permitted by law, you agree that you will not bring, join or participate in any class action as to any claim, dispute or controversy you may have against us, our employees, officers, directors, servicer agents and assigns. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. You agree to pay the attorney's fees and court costs we incur in seeking such relief. This agreement does not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action pursuant to the Arbitration Provision as provided above.

### EQUAL CREDIT OPPORTUNITY ACT (ECOA) NOTICE:

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

### CONSENT TO ELECTRONIC COMMUNICATIONS:

Please read this information carefully and print a copy and retain this information electronically for future reference.

You must consent to transact business with Makes Cents, Inc. d/b/a MaxLend through electronic communications in order for

us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request and other current or future transactions with Makes Cents, Inc. d/b/a MaxLend (this "Consent"). By acknowledging and accepting this Consent, you agree that any notices we are required to make to you may be delivered to you electronically. You agree to electronically sign any documents requiring a signature. You acknowledge and agree to the following terms and conditions of this Consent.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, your Loan Agreement, this Consent, the Loan Application, the Truth in Lending disclosures set forth in the Loan Agreement, our Privacy Notice, any change-in-term notices, fee and transaction information, statements, disbursement notices, notices of adverse action, legally mandated brochures and disclosures, and transaction information ("Communications"), may be sent to you electronically by posting the information at our web site www.maxlend.com, or by sending it to you by secure e-mail.
- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so. You may obtain a copy of any Communication by contacting us at info@maxlend.com or by calling us at (877) 936 - 4336. We will provide you with paper copies at no charge. You can also withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic disclosures will not be affected.
- You must provide us with your current e-mail address for receipt of Communications. If your e-mail address, telephone number(s), or residence address changes, you must send us a notice of the new e-mail address/telephone number(s) by writing to us or sending us an e-mail, using secure messaging, at least five (5) days before the change to info@maxlend.com.
- If you use a spam filter that blocks or re-routes emails from senders not listed in your email address book, you must add MaxLend to your email address book so that you will be able to receive the Communications we send to you.
- In order to receive electronic Communications, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet through HS encryption capabilities. Most current Internet browsers (Chrome, Firefox, Internet Explorer, etc.) support this feature. You will also need a printer connected to your computer to print disclosures/notices or have sufficient hard drive space available to save the information (e.g., 1 MB or greater). We do not provide ISP services. You must have your own Internet Service Provider. You may submit questions regarding hardware and software requirements to info@maxlend.com.
- We may amend (add to, delete or change) the terms of this Consent by providing you with advance notice.
- You are able to view and/or electronically store the information presented at the website www.maxlend.com. You also agree to print and retain a copy of this Consent for your records.

You are free to withdraw your Consent at any time and at no charge. If at any time you wish to withdraw your Consent, you can send us your written request by mail to P.O. Box 639 , Parshall, ND 58770 with the details of such request. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

**TELEPHONE CONSUMER PROTECTION ACT DISCLOSURE:** You agree to be contacted by MaxLend, or our affiliates, at any of the phone numbers you provided in your Loan Application and any other phone numbers you provide directly to us *for the purposes of servicing any account you have with us.* You agree that such contact may include phone calls generated from an automated telephone dialing system or calls made using an artificial or prerecorded voice. If you agreed to be contacted by text message from MaxLend for the purpose of servicing any account you have with us, you agree that such contact includes text messages generated from an automatic telephone dialing system. See the SMS Statement Notifications Disclosure section for more details. You agree that any consent provided under this paragraph continues to apply for any accounts you have with MaxLend unless and until you revoke this consent.

If you agreed to be contacted by MaxLend or our affiliates, at the phone numbers you provided in your Loan Application *for marketing purposes,* you agree that such contact may include phone calls and text messages generated from an automated telephone dialing system or calls made using an artificial or prerecorded voice. You are not required to authorize marketing calls or text messages to obtain credit or other services from us. If you do not wish to receive sales or marketing calls or text messages from us, you should **not** check the "yes" box for contact preferences. You understand that any messages we send you may be accessed by anyone with access to your text messages. You also understand that your mobile phone service provider may charge you fees for text messages that we send you, and you agree that we shall have no liability for the cost of any such text messages. You agree that any consent provided under this paragraph continues to apply unless and until you revoke this consent. See the SMS Statement Notifications Disclosure section for more details.

**MAXLEND SMS STATEMENT NOTIFICATIONS DISCLOSURE:** This SMS Statement Notifications Disclosure (this "Disclosure") applies to each account you have with MaxLend for which you have elected to receive Short Message Service ("SMS") messages.

As used in this SMS Statement Notifications Disclosure, "SMS Statement Notifications" means any SMS (text message) communications from MaxLend to you, sent to the phone number(s) designated by you or as listed on your application, including but not limited to payment information, account information, due dates, delinquent accounts, program updates, promotions, coupons and other marketing messages. These messages will originate from 91505, 1-855-997-6613, 1-855-997-7525, 1-855-929-0646, 1-855-997-6718, 1-855-982-1359, 1-855-981-7276, 1-855-981-9422, 1-855-980-5715, 1-855-997-6709, or 1-855-997-6930.

**How to Unsubscribe:** You may withdraw your consent to receive SMS Statement Notifications by changing your account

preferences after logging in at www.maxlend.com. Alternatively, you may call us at (877) 936 - 4336. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive SMS Statement Notifications. We will not impose any fee to process the withdrawal of your consent to receive SMS Statement Notifications. Any withdrawal of your consent to use SMS Statement Notifications will be effective only after we have a reasonable period of time to process your withdrawal. Neither your carrier or MaxLend is liable for delayed or undelivered messages.

1. **You may also opt-out** and remove your SMS approval for additional messages by sending "STOP", "END", "CANCEL", "UNSUBSCRIBE", "REMOVE", "QUIT", or "STOPALL" to the SMS text message you have received. If you remove your SMS approval from our database, your number will no longer be used for secondary purposes, disclosed to third parties and used by us for third parties to send promotional correspondence to you.

2. To apply for our product, use any or our (or our servicers' or agents') services (including but not limited to receiving any SMS Statement Notifications), or our website, you must be at least eighteen (18) years of age.

3. To request additional information, contact us by telephone at (877) 936 - 4336. For help of additional information regarding our texting services email us at info@maxlend.com or reply "HELP" anytime from your mobile device to the message you receive.

4. The services are available on the following carriers: AT&T, Verizon Wireless, T-Mobile, Sprint, Nextel, Dobson, U.S. Cellular, and Virgin Mobile. Additional carriers are added as they become available.

5. In order to access, view, and retain SMS Statement Notifications that we make available to you, you must have: (1) an SMS-capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on your mobile phone.

6. All SMS Statement Notifications in electronic format from us to you will be considered "in writing."

7. There is no service fee for SMS Statement Notifications but you are responsible for any and all charges, including but not limited to fees associated with text messaging, imposed by your communications service provider. Other charges may apply. Such charges may include those from your communications service provider. Please consult your mobile service carrier's pricing plan to determine the charges for sending and receiving text messages. These charges will appear on your phone bill.

8. Additionally, you agree that we may send any SMS Statement Notifications through your communication service provider in order to deliver them to you and that your communication services provider is acting as your agent in this capacity. You further acknowledge and agree that we (or our servicers or agents) will use a third-party platform provider to deliver such SMS Statement Notifications and that such third-party platform provider is acting as our (or our servicers or agents) in this capacity. You agree to provide a valid mobile phone number for these services that belongs to you and not someone else so that we may send you certain information about your loan and to provide us with notice as set forth above if you are no longer the primary user of the number provided. Additionally, you agree to indemnify, defend and hold us harmless from and against any and all claims, losses, liability, cost and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state, Tribal or local law, regulation or ordinance. Your obligation under this paragraph shall survive termination of this Agreement. SMS Statement Notifications are provided for your convenience only. Receipt of each SMS Statement may be delayed or impacted by factor(s) pertaining to your communications service provider(s). We will not be liable for losses or damages arising from any disclosure of account information to third parties, non-delivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the SMS Statement Notifications sent by us.

9. We may modify or terminate SMS from time to time, for any reason, and without notice, including the right to terminate text messaging with or without notice, without liability to you, any other user or a third party. We reserve the right to modify these Terms of Use from time to time without notice. Please review these Terms of Use from time to time so that you are timely notified of any changes.

10. IF you are opting into SMS messaging through your account preferences page:

    1. You agree that we will not be obligated to provide any communication to you in paper form unless you specifically request us to do so. You may obtain a copy of any communication by contacting us at info@maxlend.com or by calling us at (877) 936 - 4336. We will provide you with paper copies at no charge.

    2. If your e-mail address, telephone number(s), or residence address changes, you must send us a notice of the new e-mail address/telephone number(s) by writing to us or sending us an e-mail, using secure messaging, at least five (5) days before the change to info@maxlend.com.

**CONSUMER REPORTS:** You authorize us to obtain consumer reports about you prior to approving this Application and at any time that you owe us money under any Loan Agreement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**BY CHECKING THE ACKNOWLEDGEMENT AND CONSENT, YOU ARE AFFIXING YOUR ELECTRONIC SIGNATURE AND**

SIGNIFYING THAT (1) YOU AGREE TO BE BOUND BY ALL THE TERMS OF THIS APPLICATION; (2) YOUR SYSTEM MEETS THE REQUIREMENTS SET FORTH ABOVE; (3) YOU AGREE TO RECEIVE ALL COMMUNICATIONS ELECTRONICALLY; AND (4) YOU ARE ABLE TO ACCESS AND PRINT OR ELECTRONICALLY STORE INFORMATION PRESENTED AT THIS WEBSITE. PLEASE TAKE NOTICE THAT IF YOU ARE APPROVED FOR A LOAN BY MAKES CENTS, INC. D/B/A MAXLEND, SUCH LOAN WILL BE MADE IN RELIANCE OF EACH AND EVERY TERM OF A LOAN AGREEMENT AND DISCLOSURE TO WHICH YOUR ELECTRONIC SIGNATURE IS AFFIXED.

**BORROWER AGREES TO ALL OF THE TERMS OF THIS APPLICATION.** By checking the acknowledgement below you are (i) supplying your electronic signature to certify that all of the information provided above is true, complete and correct and provided to us, MaxLend, for the purpose of applying for a Loan, (ii) agreeing to the Agreement to Tribal Dispute Resolution Procedures and the Agreement Not To Bring, Join Or Participate in Class Actions and acknowledge receiving a fully completed copy of this Application. **You acknowledge and agree that this Application will be deemed incomplete and will not be processed by us without your Acknowledgement of Consent.**

**Upon receipt of your duly electronically executed disclosure, application and loan agreement package with all required signatures, consents, acknowledgments and elected options, a representative will call you within minutes during business hours to complete your application.**

☑**I Agree, Acknowledge and Consent**

Lauren Combs

# Consumer Installment Loan Agreement
## Makes Cents, Inc. d/b/a MaxLend

**CONSENT TO ELECTRONIC COMMUNICATIONS:**

Please read this information carefully and print a copy and retain this information electronically for future reference.

You must consent to transact business with **Makes Cents, Inc. d/b/a MaxLend** through electronic communications in order for us to process your loan request. The following terms and conditions govern electronic communications in connection with your loan request and other current or future transactions with Makes Cents, Inc. d/b/a MaxLend (this "Consent"). By electronically signing this Consent, you agree that any notices we are required to make to you may be delivered to you electronically. You agree to electronically sign any documents requiring a signature. You acknowledge and agree to the following terms and conditions of this Consent.

You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, your Loan Agreement, this Consent, the Loan Application, the Truth in Lending disclosures set forth in the Loan Agreement, our Privacy Notice, any change-in-term notices, fee and transaction information, statements, disbursement notices, notices of adverse action, legally mandated brochures and disclosures, and transaction information ("Communications"), may be sent to you electronically by posting the information at our web site www.maxlend.com, or by sending it to you by secure e-mail.
- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so. You may obtain a copy of any Communication by contacting us at info@maxlend.com or by calling us at (877) 936 - 4336. We will provide you with paper copies at no charge. You can also withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you decide to withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic disclosures will not be affected.
- You must provide us with your current e-mail address for receipt of Communications. If your e-mail address, telephone number(s), or residence address changes, you must send us a notice of the new e-mail address/telephone number(s) by writing to us or sending us an e-mail, using secure messaging, at least five (5) days before the change to info@maxlend.com.
- If you use a spam filter that blocks or re-routes emails from senders not listed in your email address book, you must add MaxLend to your email address book so that you will be able to receive the Communications we send to you.
- In order to receive electronic Communications, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet through HS encryption capabilities. Most current Internet browsers (Chrome, Firefox, Internet Explorer, etc.) support this feature. You will also need a printer connected to your computer to print disclosures/notices or have sufficient hard drive space available to save the information (e.g., 1 MB or greater). We do not provide ISP services. You must have your own Internet Service Provider. You may submit questions regarding hardware and software requirements to info@maxlend.com.
- We may amend (add to, delete or change) the terms of this Consent by providing you with advance notice.
- You are able to view and/or electronically store the information presented at the website www.maxlend.com. You also agree to print and retain a copy of this Consent for your records.

You are free to withdraw your Consent at any time and at no charge. If at any time you wish to withdraw your Consent, you can send us your written request by mail to P.O. Box 639 , Parshall, ND 58770 with the details of such request. If you decide to

withdraw your Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

I consent to electronic communications ☑

## CONSUMER INSTALLMENT LOAN AGREEMENT

| Application Date 4/10/2021<br>Effective Date 4/13/2021 | Loan No.: ▮▮▮▮▮▮<br>Final Maturity Date:<br>12/23/2021 |
|---|---|
| MAKES CENTS, INC. d/b/a MaxLend<br>P.O. Box 639 , Parshall, ND 58770 | Borrower Name:<br>Lauren Combs<br>Borrower Address:<br>▮▮▮▮▮▮▮▮▮▮ |

**IMPORTANT NOTICE: This Loan Agreement (hereinafter the "Agreement") is governed by the laws of the Mandan, Hidatsa, and Arikara Nation (also known as the Three Affiliated Tribes of the Fort Berthold Reservation, hereinafter the "Tribe") govern this Loan Agreement ("Tribal Law") . It contains important terms and conditions. You should read it carefully before you electronically sign it.**

In this Agreement the words "you", "your" and "I" mean the borrower who has electronically signed it. The words "we", "us", and "our" mean Makes Cents, Inc. d/b/a MaxLend. We are a tribal limited liability company organized under tribal law. We are an economic development arm of, instrumentality of, and wholly-owned and controlled by the Mandan, Hidatsa, and Arikara Nation, a federally-recognized sovereign American Indian tribe (as referenced above, the "Tribe"). We are licensed and regulated by the "Tribe". **CAUTION:** The Tribe, as a sovereign government, and we, as an economic arm and instrumentality of the Tribe, are not subject to suit or service of process. If you are not comfortable doing business with a sovereign entity and resolving any dispute exclusively by binding individual arbitration, as set forth below, do not execute this Agreement.

THIS LOAN IS NOT INTENDED TO MEET LONG-TERM FINANCIAL NEEDS. THIS LOAN SHOULD BE USED ONLY TO MEET SHORT-TERM CASH NEEDS. REPEATED USE OF THIS PRODUCT WILL REQUIRE PAYMENT OF SUBSTANTIAL, ADDITIONAL FINANCE CHARGES.

**PLEASE NOTE: If you prepay this loan in part or in full you may be entitled to a refund of part of the finance charge meaning you will pay less of a finance charge than listed in the Truth-in-Lending disclosures below.**

**TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 699.77%(e) | $1,639.77 | $400.00 | $2,039.77 |

Your Payment Schedule will be:

| Payment Number | Payment Due | Due Date |
|---|---|---|
| 1 | $113.32 | 4/29/2021 |
| 2 | $113.32 | 5/13/2021 |
| 3 | $113.32 | 5/27/2021 |
| 4 | $113.32 | 6/10/2021 |
| 5 | $113.32 | 6/24/2021 |
| 6 | $113.32 | 7/8/2021 |
| 7 | $113.32 | 7/22/2021 |
| 8 | $113.32 | 8/5/2021 |
| 9 | $113.32 | 8/19/2021 |
| 10 | $113.32 | 9/2/2021 |
| 11 | $113.32 | 9/16/2021 |
| 12 | $113.32 | 9/30/2021 |
| 13 | $113.32 | 10/14/2021 |
| 14 | $113.32 | 10/28/2021 |
| 15 | $113.32 | 11/10/2021 |
| 16 | $113.32 | 11/24/2021 |
| 17 | $113.32 | 12/9/2021 |
| 18 | $113.33 | 12/23/2021 |

**Security:** This obligation does not create a security interest.

**Demand Feature:** This obligation has a demand feature in the event of default or breach of this Agreement.

**Prepayment:** If you pay off early you will not have to pay a penalty and you may be entitled to a refund of part of the finance charge.

See the terms of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled due date and prepayment refunds.

(e) means estimated.

**Itemization of Amount Financed** : Amount given to you directly:

Amount paid on Loan No. ▮▮▮▮ with us: ▮▮▮▮

**APPROVAL AND OBTAINING LOAN PROCEEDS.** In order to complete your transaction with us, you must electronically sign this Agreement. Once you sign and submit this Agreement to us, we will verify your information and either approve or deny the loan request. If your application is approved, we will use commercially reasonable efforts to initiate an ACH credit entry of the loan proceeds into the Bank Account listed below on or before the Effective Date above. Therefore, you hereby voluntarily authorize us, our successors or assigns, to initiate an automatic credit entry to your banking account: **Account type: Checking; Bank routing and transit number:** ▮▮▮▮; **and Account Number:** ▮▮▮▮("Bank Account"). You agree that we will initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. If you revoke this authorization before we credit the loan proceeds, then we will not be able to deposit the loan proceeds into your Bank Account. We rely on the representations of you and other parties in determining the Effective Date. Despite our best efforts, unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, delays in verification of your information, inadvertent processing errors, "acts of God", and/or "acts of terror" may extend the time for the deposit.

**PROMISE TO PAY.** You promise to pay to us the Total of Payments stated above, on the dates set forth in the Payment Schedule above and other permitted charges. The finance charge under this Agreement is precomputed. The APR disclosed in the Federal Truth-In-Lending Disclosures is calculated on the assumption that all payments will be made when due and that we earn the finance charge on the Effective Date. You promise to timely pay us the amount owing hereunder by making installment payments on the dates listed in the payment schedule set forth above or as modified in accordance with this Agreement ("Due Date(s)"). You agree to make payments in accordance with your selected payment method or as you and we otherwise agree. You understand that if this Agreement is modified (i.e. change in due dates, payment amounts, etc.) any payment

authorizations subject to this Agreement will adjust to the modifications. Time is of the essence. If any Due Date falls on a non-business day then you agree to pay us on the next business day, and we will credit such payment as if we received it on the appropriate Due Date.

**PREPAYMENT.** You may prepay in part or in full at any time, with one business day's notice, and you will not incur an additional charge, fee, or penalty. To make arrangements for a prepayment you must contact us, at least one business day prior to the prepayment, by email at info@maxlend.com or phone at (877) 936 - 4336. We will then arrange an authorization to debit funds from your Bank Account or make other arrangements for the prepayment. In the event of prepayment in full, we will apply a refund to your account of the pro-rata finance charge based upon when your prepayment is made. The pro-rata refund of the finance charge will be calculated by dividing the total precomputed finance charge for the current payment period by the total number of days in the payment period, and then multiplying that number by the number of days remaining in the payment period from the date of prepayment. If your payment is received on a non-banking day or after the cut-off for a banking transaction, your payment will be processed on the next banking day. Interest may continue to accrue until your payment is processed on the next banking day. For information on the amount of any refund associated with a prepayment, please contact us at (877) 936 - 4336.

**RIGHT TO RESCIND:** You may rescind this Agreement without cost or further obligation if you do so by 5:00 PM CST on the next business day following the Disbursement Date, which is the day the loan proceeds are deposited into your bank account ((the "Rescission Deadline"). To rescind this Agreement, you must inform us in writing, by the Rescission Deadline, by either faxing notice to (855) 558 - 1460 or e-mailing to info@maxlend.com that you want to rescind this Agreement. In the event that we timely receive your written notice of rescission on or before the Rescission Deadline but before the loan proceeds have been credited to your Bank Account, we will not affect a debit entry to your Bank Account and both our and your obligations under this Agreement will be rescinded. In the event that we timely receive your written notice of rescission on or before the Rescission Deadline but after the loan proceeds have been credited to your Bank Account, we will effect a debit to your Bank Account for the principal amount of your loan. If we receive payment of the principal amount via the debit, ours and your obligations under this Agreement will be rescinded. If we do not receive payment of the principal amount via the debit, then the Agreement will remain in full force and effect until all sums due and owing under this Agreement, including finance charges and/or fees, are repaid in full. NOTE: Rescission of this Agreement does not cancel either party's rights and obligations under the Tribal Dispute Resolution Procedure and Waiver of Jury Trial paragraphs below.

**PAYMENT METHODS:** You are required to make the payments for each installment period on or before the payment Due Dates in your payment schedule and if on the final scheduled payment Due Date you still owe amounts under this Agreement, you are required to pay those amounts in full on that date. During the application process you were provided an option to make payments by either automatic electronic debit authorization (ACH or debit card) automatic charges to your credit card or, Check payment processing. In the event these payment methods are unavailable to you or us, other alternative payment methods as described in this loan agreement or as we otherwise allow, may be used. Your payments plus any fees due to us (if applicable) will be automatically initiated by us in accordance with this Agreement and processed by our servicers or agents. PLEASE NOTE: If we are unable to initiate a payment via ACH, debit card , credit card, or check for any reason, then you authorize us to initiate your scheduled payments by Remotely Created Check as described below, or as otherwise set forth in this Agreement. If you would like to make alternative payment arrangements for a particular scheduled payment you must provide notice to MaxLend via email info@maxlend.com or call (877) 936 - 4336 three (3) business days prior to the due date. Regardless of the payment method used, a payment must be received by us on or before the scheduled Due Date.

**VERIFICATION:** You certify that the information given in connection with this Agreement is true and correct. You authorize us to verify all of the information that you gave us such as any past and/or present employment history, income and bank account details as may be necessary to process your application for a loan, determine Due Dates, and administer your account with us. You specifically authorize us to use information you provided us, including your social security number and/or bank account number, to verify information in your Bank Account through telephone or other electronically initiated bank records initiated by us and processed by us or our servicers or agents. You also give us consent to obtain information about you from consumer reporting agencies and/or other sources. You represent that you are not a debtor under any proceeding in bankruptcy and have no intention to file a petition for relief under any chapter of the United States bankruptcy code. You further represent that you have not been discharged from bankruptcy within the last 90 days.

**ELECTRONIC DEBIT AUTHORIZATION:** If you elected to make payments by electronic debit, then you authorize us, and our successors and assigns, to initiate, and our servicers or agents to process automatic debit entries for payments in accordance with this Agreement from your Bank Account as identified above in the "Approval and Obtaining Loan Proceeds" paragraph.

You agree that we will initiate debit entries on each scheduled payment Due Date or thereafter for the scheduled amount, or any lesser amount you owe. You further authorize us to initiate a separate electronic debit entry for any applicable returned payment fee or other charges in the amounts set forth in your Agreement with us. You authorize us to re-initiate any electronic debit entry up to two additional times for the same amount if the debit entry is dishonored.

If you have elected electronic debit authorization as your payment selection we will always initiate the electronic debit entry through the automated clearinghouse (ACH) system unless for some reason we are prohibited from using the ACH system (other than by your revocation) or you have specifically instructed us to initiate the electronic debit through your debit card. In those instances we will initiate the electronic debit entry to your Bank Account through your debit card (if provided).

You may revoke this authorization by contacting us in writing at P.O. Box 639 , Parshall, ND 58770 or by phone at (877) 936 - 4336. You must contact us at least three (3) business days prior to when you wish the authorization to terminate and to arrange for alternative methods of payment. If you revoke the authorization, you authorize us to make your payments by

remotely created checks as set forth below.

You have the right to receive notice of all transfers varying in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring electronic debiting (in lieu of providing the notice of transfers in varying amount). The amount of any debit will range from (i) the payment amount provided in this Agreement (which may be less than a scheduled payment if partial prepayments have been made), to (ii) an amount equal to the scheduled payment plus as applicable, any returned payment charges you may owe under this Agreement. For any recurring electronic debit outside of this specified range, we will send you a notice. Therefore, by agreeing to the terms of this authorization you choose to receive notice only when a recurring electronic debit amount exceeds the range specified. You also authorize us to verify all of the information that you have provided, including past and/or current information. You agree that the debit entries authorized herein are voluntary, and that certain entries will recur at substantially regular intervals. If there is any missing or erroneous information in or with your loan application regarding your Bank Account or debit card (if provided), then you authorize us to verify and correct such information. If any payment cannot be obtained by electronic debit, you remain responsible for such payment and any resulting fees under the Agreement.

**CREDIT CARD AUTHORIZATION:** If you elected to make payments by credit card, then you authorize us, and our successors and assigns, to initiate, and our servicers or agents to process, automatic charges for payments in accordance with this Agreement from the credit card you have provided to us identified below (your "Card"):

You agree that the charge entries authorized herein are voluntary, and that certain charges will recur at substantially regular intervals. If there is any missing or erroneous information in or with your loan application regarding your Card, then you authorize us to verify and correct such information. If any payment cannot be obtained by your Card, you remain responsible for such payment and any resulting fees under the Agreement. You agree that we will initiate charges to your Card on each scheduled payment Due Date or thereafter for the scheduled amount, or any lesser amount you owe. You further authorize us to initiate a separate charge to your Card for any applicable returned payment /fee or other charges in the amounts set forth in your Agreement. If any payment cannot be obtained by your Card, you remain responsible for such payment and any resulting fees under the Agreement.

**PAYMENT VIA CHECK:** If you elected to make payments via check, then you agree to enter into an agreement with our check processing vendor (Check Vendor) for the preparation and delivery on your behalf of a check or a series of checks for your payments. You may be required to authorize the Check Vendor or the Lender as your agent to: (a) prepare your payment checks; (b) place your signature you provide to the Check Vendor via the Check Vendor's website (carrier charges may apply with use of text function on your mobile device) on the checks; (c) print the checks and; (d) deliver the checks to us or our successors, assigns, servicers or agents to process these checks through the banking system. You understand that the Annual Percentage Rate and scheduled payment amounts disclosed in the Federal Truth-in-Lending Disclosure above does not include any incentive or benefit for your electing to use the Check Vendor's check processing process for your payments.

You agree that: (a) you may be required to authorize Check Vendor or the Lender as your agent to prepare your check, (b) place your signature that you provide to Check Vendor on your checks, and (c) print and deliver the checks for you on each scheduled payment Due Date or thereafter for the scheduled amount, or any lesser amount you owe. You further authorize the Check Vendor or the Lender to prepare and place your signature that you provide to Check Vendor on your checks, print and deliver checks for any applicable returned payment fee or other charges in the amounts set forth in your Agreement with us. You understand that checks will be prepared and delivered for payment on each payment Due Date until your loan balance is paid in full. You understand and agree that the balance in your account must be sufficient to pay the check when presented to your Bank or financial institution. You authorize us to re-present any of your checks that are dishonored by your Bank or financial institution for insufficient or uncollected funds. Checks created through Check Vendor are not Remotely Created Checks as described below.

You may revoke this authorization by contacting us in writing at P.O. Box 639 , Parshall, ND 58770, by phone at (877) 936 - 4336, or by e-mail at info@maxlend.com You must contact us at least three (3) days prior to when you wish the authorization to terminate and to arrange for alternative methods of payment. If you revoke payment via Card authorization or check, you authorize us to make your payments by Remotely Created Checks as set forth below.

If you select the option to make payments via check, you acknowledge that you will not be eligible for a payment deferral at any time during the administration of your loan.

**REMOTELY CREATED CHECK AUTHORIZATION:** If (1) you elected to make payments by either Electronic Debit Authorization, Card Authorization or via Check Vendor payment processing articulated above, and you subsequently revoke the authorization, (2) we are unable to process your payments by electronic debit, Card, or checks for any reason, or (3) you have defaulted on a payment, then by electronically signing this Agreement you authorize us to create checks bearing your typed name and other information as may be required under applicable law, rather than your handwritten signature, drawn on your Bank Account ("Remotely Created Check"), and to submit each Remotely Created Check for payment to the Bank or other financial institution in the amount of each payment owing to us under this Agreement on or after each Due Date. A Remotely Created Check may also be known as a demand draft, telecheck, preauthorized draft or paper draft. If a Remotely Created Check is returned unpaid by your Bank or other financial institution, then you authorize us to create and submit a Remotely Created Check for any returned payment fee, or other amounts accrued pursuant to this Agreement. You agree that your typed name or other designation mandated by applicable law will constitute your authorized signature fully reflecting your intent to authenticate any such Remotely Created Check. If you believe we charged your Bank Account in a manner not contemplated by this authorization, please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay amounts owing, as modified by any partial prepayments. This Remotely Created Check

authorization is effective only if you, originally selected electronic debit or credit card as your payment method and then you revoke the authorization, we are unable to process your payments by either method for any reason, or you defaulted on a payment. If you would like to dispute a payment related to a Remotely Created Check, determine whether a payment was genuine, withhold payment of a Remotely Created Check, or obtain re-crediting of amounts we obtained via a Remotely Created Check, contact us by calling (877) 936 - 4336.

**ELECTRONIC CHECK RE-PRESENTMENT POLICY.** In the event a check is returned unpaid for insufficient or uncollected funds, we may re-present the check electronically. In the ordinary course of business, the check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

**CHECK CONVERSION NOTIFICATION.** If we agree to allow you to directly make your payment with your personal check, you authorize us and our servicers or agents either to use information from your check to make a one-time electronic fund transfer from your Bank Account or to process multiple payments as check transactions. When we use information from your personal check to make an electronic funds transfer, funds may be withdrawn from your Bank Account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. For questions, please contact us at (877) 936 - 4336.

**RETURNED PAYMENT FEE.** You agree we reserve the right to charge you a returned payment fee of $30 if your payment is returned unpaid (unless the result of a properly revoked authorization). You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this returned payment fee. We may only impose this fee once per scheduled installment payment.

**LATE PAYMENT:** In the event of two consecutively missed payments, which includes payments missed due to insufficient or uncollected funds from your Bank Account, or payments missed due to a denials of your Card, the customer provides authorization to us, our successors and assignees, our servicers and our agents to debit the entire outstanding balance of principal and interest due, including fees in accordance with this Agreement on the third payment in sequence after the initial two first payments have been missed.

**DEFAULT:** You will be in default under this Agreement if: (a) you provide us false or misleading information about yourself, your financial condition (including the Bank Account), or any other matter prior to entering this Agreement, (b) any scheduled payment is not received within thirty (30) calendar days of the scheduled payment Due Date, as set forth herein, (c) the debit for your scheduled payment is returned to us unpaid for any reason and a payment is not received from you within thirty (30) calendar days immediately following that return payment, (d) you agree to make alternative payment arrangements and fail to make those payment(s), or (e) any of the following things occur: appointment of a committee, receiver, or other custodian of any of your property, or the commencement of a case under the U.S. Federal Bankruptcy Laws by or against you as a debtor.

**CONSEQUENCES OF DEFAULT:** If you are in default, you agree that we may take any of the following actions to the extent allowed by applicable law: (1) we may accelerate the maturity of the loan and all other amounts due us and demand payment of the same; (2) we may exercise any of our rights described in the paragraph below entitled "Payment Authorization Upon Default"; (3) we may exercise any other rights or remedies allowed by this Agreement or at law, including but not limited to seeking payment of reasonable attorney's fees in the event of a default and referral to an attorney (not our regularly salaried employee) or to a third party for collections, and (4) we may recover all court, dispute resolution or other collection costs we actually incur.

**DEMAND FEATURE:** We may demand payment, at any time, and from time to time, if our ability to collect amounts owed under this Agreement are materially impaired, in our sole and absolute discretion and whether or not a default has occurred. If we demand payment, then we will accelerate your obligation under this Agreement and initiate a debit in accordance with the "Payment Authorization Upon Default or Demand" paragraph below.

**PAYMENT AUTHORIZATION UPON DEFAULT:** In the event of your default, you separately authorize us, and our successors and assigns, to initiate through our servicers or agents a one-time automatic debit entry to your Bank Account in the amount of the entire outstanding balance, including finance charges and any fees, under this Agreement. You agree that we will initiate the single electronic debit entry only for the outstanding amount owing at the time of acceleration. You authorize us to re-initiate the debit entry up to two (2) additional times if the debit entry is returned unpaid. You authorize us to verify all of the information that you have provided to us relating to your Bank Account. If there is any missing or erroneous information in or with your loan application regarding your Bank Account, then you authorize us to verify and correct such information. You may revoke this Payment Authorization Upon Default by contacting us in writing at P.O. Box 639 , Parshall, ND 58770 or by phone at (877) 936 - 4336. You must contact us at least three (3) business days prior to when you wish the termination to take effect.

**WAIVER:** No failure to exercise, or delay in exercising, any right, power or privilege under this Agreement shall operate as a waiver thereof, nor shall any single or partial exercise thereof preclude any other or further exercise thereof or the exercise of any other right, power or privilege.

**CONSUMER REPORTS:** You authorize us to obtain consumer reports about you in connection with your request for credit, and at any time that you owe us money under this or any Agreement.

**REPORT OF NEGATIVE PAYMENT INFORMATION:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your loan may be reflected in your credit report.

**ASSIGNMENT AND EXECUTION:** We may assign or transfer this Agreement or any of our rights hereunder in our sole discretion. If this Agreement is consummated, then you agree that the electronically signed Agreement we receive from you will be considered the original executed Agreement, which is binding and enforceable as to both parties.

**GOVERNING LAW AND FORUM:** The laws of the Tribe ("Tribal law") will govern this Loan Agreement, without regard to the laws of any state, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law shall apply to such dispute.

**SOVEREIGN IMMUNITY.** You are doing business with a Tribal entity that is not subject to suit or service of process. Nor is the Tribe, nor any other Tribal entity or person, subject to suit or service of process because of sovereign immunity. The Tribe's government has authorized a limited waiver of only MaxLend's sovereign immunity solely for individual arbitration claims as provided below, and for no other reason or purpose. All other Tribal immunities and privileges are expressly preserved.

**WAIVER OF JURY TRIAL AND ARBITRATION PROVISION:** Arbitration is a process in which persons with a dispute: (a) waive any right to file a lawsuit and proceed in a court and to have a jury trial to resolve the dispute; and (b) agree, instead, to submit their dispute to a neutral third person (an "arbitrator") for a decision. Each party to the dispute has an opportunity to present some evidence to the arbitrator. Pre-arbitration discovery may be limited. Arbitration proceedings are private and less formal than court trials. The arbitrator will issue a final and binding decision resolving the dispute, which may be enforced as a court judgment. A court rarely overturns an arbitrator's decision. We have a policy of arbitrating all disputes with customers; including the scope and validity of this Arbitration Provision, and to do so only with customers who are acting in their individual capacities, and not as representatives of a class.

**CHOICE OF ARBITRATOR:** Regardless of who demands arbitration, you shall have the right to select any of the following arbitration organizations to administer the arbitration: the American Arbitration Association (1-800-778-7879) www.adr.org; JAMS (1-800-353-5367) www.jamsadr.com; or an arbitration organization agreed upon by you and the other parties to the dispute (as defined below). The arbitration will be governed by the chosen arbitration organization's rules and procedures applicable to consumer disputes, to the extent that those rules and procedures do not contradict either the law of the Tribe or the express terms of this Agreement to Arbitrate, including the limitations on the arbitrator.

**THEREFORE, YOU ACKNOWLEDGE AND AGREE AS FOLLOWS:**

1. For purposes of this Waiver of Jury Trial and Arbitration Provision, the words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation: **(a)** all claims, disputes, or controversies arising from or relating directly or indirectly to the signing of this Arbitration Provision, the validity and scope of this Arbitration Provision and any claim or attempt to set aside this Arbitration Provision; **(b)** all federal or state or Tribal law claims, disputes or controversies, arising from or relating directly or indirectly to the Agreement, the information you gave us before entering into the Agreement, including the customer information application, and/or any past agreement or agreements between you and us; **(c)** all counterclaims, cross-claims and third-party claims; **(d)** all common law claims, based upon contract, tort, fraud, or other intentional torts; **(e)** all claims based upon a violation of any Tribal, state or federal constitution, statute or regulation; **(f)** all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; **(g)** all claims asserted by you individually against us and/or any of our employees, agents, directors, officers, shareholders, governors, managers, members, parent company or affiliated entities ("related third parties"), including claims for money damages and/or equitable or injunctive relief; **(h)** all claims asserted on your behalf by another person; **(i)** all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or **(j)** all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any non-public personal information about You.

2. You acknowledge and agree that by entering into this Waiver of Jury Trial Provision:
   A. **YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;**

   B. **YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and**

   C. **YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES.**

3. All disputes including any Representative Claims against us and/or related third parties shall be resolved by binding arbitration only on an individual basis with you. **THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.**

4. At your option and in accord with the applicable rules of the arbitration organization you select, arbitration may be conducted: (i) online; (ii) telephonically; (iii) or in person on the Ft. Berthold Reservation or within 30 miles of your residence, at your choice, provided that this accommodation for you shall not be construed in any way: (a) as a relinquishment of waiver of our or the Tribe's sovereign status or immunity, or (b) to allow for the application of any state law. As an accommodation to you, Lender shall pay all costs associated with any arbitration proceedings.

5. This Waiver of Jury Trial and Arbitration Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Waiver of Jury Trial and Arbitration Provision is binding upon and benefits us, our successors and assigns, and related third parties. This Waiver of Jury Trial and Arbitration Provision continues in full force and effect,

even if your obligations have been paid or discharged through bankruptcy. This Waiver of Jury Trial and Arbitration Provision survives any rescission, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. If any of this Waiver of Jury Trial and Arbitration Provision is held invalid, the remainder shall remain in effect. **Your right to file suit against us for any claim or dispute arising from or relating to this Agreement is limited by the WAIVER OF JURY TRIAL AND ARBRITRATION Provision.**

NOTICE: YOU AND WE HAVE AGREED THAT ANY RIGHT OR OPPORTUNITY TO LITIGATE DISPUTES THROUGH A COURT AND HAVE A JUDGE OR JURY DECIDE THE DISPUTES ARE WAIVED AND HAVE AGREED INSTEAD TO RESOLVE DISPUTES THROUGH BINDING INDIVIDUAL ARBITRATION.

**TELEPHONE CONSUMER PROTECTION ACT DISCLOSURE:** You agree to be contacted by MaxLend, or our affiliates, at any of the phone numbers you provided in your Loan Application and any other phone numbers you provide directly to us *for the purposes of servicing any account you have with us.* You agree that such contact may include phone calls generated from an automated telephone dialing system or calls made using an artificial or prerecorded voice. If you agreed to be contacted by text message from MaxLend for the purpose of servicing any account you have with us, you agree that such contact includes text messages generated from an automatic telephone dialing system. See the SMS Statement Notifications Disclosure section for more details. You agree that any consent provided under this paragraph continues to apply for any accounts you have with MaxLend unless and until you revoke this consent.

If you agreed to be contacted by MaxLend or our affiliates, at the phone numbers you provided in your Loan Application *for marketing purposes*, you agree that such contact may include phone calls and text messages generated from an automated telephone dialing system or calls made using an artificial or prerecorded voice. You are not required to authorize marketing calls or text messages to obtain credit or other services from us. If you do not wish to receive sales or marketing calls or text messages from us, you should **not** check the "yes" box for contact preferences. You understand that any messages we send you may be accessed by anyone with access to your text messages. You also understand that your mobile phone service provider may charge you fees for text messages that we send you, and you agree that we shall have no liability for the cost of any such text messages. You agree that any consent provided under this paragraph continues to apply unless and until you revoke this consent. See the SMS Statement Notifications Disclosure section for more details.

**MAXLEND SMS STATEMENT NOTIFICATIONS DISCLOSURE:** This SMS Statement Notifications Disclosure (this "Disclosure") applies to each account you have with MaxLend for which you have elected to receive Short Message Service ("SMS") messages.

As used in this SMS Statement Notifications Disclosure, "SMS Statement Notifications" means any SMS (text message) communications from MaxLend to you, sent to the phone number(s) designated by you or as listed on your application, including but not limited to payment information, account information, due dates, delinquent accounts, program updates, promotions, coupons and other marketing messages. These messages will originate from 91505, 1-855-997-6613, 1-855-997-7525, 1-855-929-0646, 1-855-997-6718, 1-855-982-1359, 1-855-981-7276, 1-855-981-9422, 1-855-980-5715, 1-855-997-6709, or 1-855-997-6930.

**How to Unsubscribe:** You may withdraw your consent to receive SMS Statement Notifications by changing your account preferences after logging in at www.maxlend.com. Alternatively, you may call us at (877) 936 - 4336. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive SMS Statement Notifications. We will not impose any fee to process the withdrawal of your consent to receive SMS Statement Notifications. Any withdrawal of your consent to use SMS Statement Notifications will be effective only after we have a reasonable period of time to process your withdrawal. Neither your carrier or MaxLend is liable for delayed or undelivered messages.

1. **You may also opt-out** and remove your SMS approval for additional messages by sending "STOP", "END", "CANCEL", "UNSUBSCRIBE", "REMOVE", "QUIT", or "STOPALL" to the SMS text message you have received. If you remove your SMS approval from our database, your number will no longer be used for secondary purposes, disclosed to third parties and used by us for third parties to send promotional correspondence to you.

2. To apply for our product, use any or our (or our servicers' or agents') services (including but not limited to receiving any SMS Statement Notifications), or our website, you must be at least eighteen (18) years of age.

3. To request additional information, contact us by telephone at (877) 936 - 4336. For help of additional information regarding our texting services email us at info@maxlend.com or reply "HELP" anytime from your mobile device to the message you receive.

4. The services are available on the following carriers: AT&T, Verizon Wireless, T-Mobile, Sprint, Nextel, Dobson, U.S. Cellular, and Virgin Mobile. Additional carriers are added as they become available.

5. In order to access, view, and retain SMS Statement Notifications that we make available to you, you must have: (1) an SMS-capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on your mobile phone.

6. All SMS Statement Notifications in electronic format from us to you will be considered "in writing."

7. There is no service fee for SMS Statement Notifications but you are responsible for any and all charges, including but not limited to fees associated with text messaging, imposed by your communications service provider. Other charges may

apply. Such charges may include those from your communications service provider. Please consult your mobile service carrier's pricing plan to determine the charges for sending and receiving text messages. These charges will appear on your phone bill.

8. Additionally, you agree that we may send any SMS Statement Notifications through your communication service provider in order to deliver them to you and that your communication services provider is acting as your agent in this capacity. You further acknowledge and agree that we (or our servicers or agents) will use a third-party platform provider to deliver such SMS Statement Notifications and that such third-party platform provider is acting as our (or our servicers or agents) in this capacity. You agree to provide a valid mobile phone number for these services that belongs to you and not someone else so that we may send you certain information about your loan and to provide us with notice as set forth above if you are no longer the primary user of the number provided. Additionally, you agree to indemnify, defend and hold us harmless from and against any and all claims, losses, liability, cost and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state, Tribal or local law, regulation or ordinance. Your obligation under this paragraph shall survive termination of this Agreement. SMS Statement Notifications are provided for your convenience only. Receipt of each SMS Statement may be delayed or impacted by factor(s) pertaining to your communications service provider(s). We will not be liable for losses or damages arising from any disclosure of account information to third parties, non-delivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the SMS Statement Notifications sent by us.

9. We may modify or terminate SMS from time to time, for any reason, and without notice, including the right to terminate text messaging with or without notice, without liability to you, any other user or a third party. We reserve the right to modify these Terms of Use from time to time without notice. Please review these Terms of Use from time to time so that you are timely notified of any changes.

10. If you are opting into SMS messaging through your account preferences page:

    1. You agree that we will not be obligated to provide any communication to you in paper form unless you specifically request us to do so. You may obtain a copy of any communication by contacting us at info@maxlend.com or by calling us at (877) 936 - 4336. We will provide you with paper copies at no charge.

    2. If your e-mail address, telephone number(s), or residence address changes, you must send us a notice of the new e-mail address/telephone number(s) by writing to us or sending us an e-mail, using secure messaging, at least five (5) days before the change to info@maxlend.com.

**PRIVACY POLICY**

This MaxLend privacy policy (the "Privacy Policy") is intended to inform you of our policies and practices regarding the collection, use and disclosure of any information you submit to us through maxlend.com. This includes "Personal Information," which is information about you that is personally identifiable such as your name, e-mail address, full content of your e-mail, user ID number, and other non-public information that is associated with the foregoing.

**User Consent**

By accessing or otherwise using maxlend.com, you agree to this Privacy Policy and expressly consent to the processing of your Personal Information in accordance with this Privacy Policy.

Your Personal Information may be processed by us in the country where it was collected as well as other countries (including the United States) where laws regarding processing of Personal Information may be less stringent than the laws in your country.

| FACTS | WHAT DOES MaxLend DO WITH YOUR PERSONAL INFORMATION? | | |
|---|---|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. | | |
| What? | The types of personal information we collect and share depend on the product or service you have with us. In general, we collect Personal Information that you submit to us voluntarily through maxlend.com but we may also request optional information to support your use of maxlend.com. This information can include but is not limited to the following: <br>• Social Security number and checking account information <br>• account balances and income <br>• payment history and credit history <br>• text messages and information contained in those messages | | |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list reasons financial companies can share their customers' personal information; the reason MaxLend chooses to share; and whether you can limit this sharing. | | |
| Reasons we can share your personal information | | Does MaxLend share? | Can you limit this sharing? |

| | Yes | No |
|---|---|---|
| For our everyday business purposes - such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes - to offer our products and services to you, both during and after the administration of your account(s) | Yes | No |
| For joint marketing with other financial companies | Yes | No |
| For our affiliates' everyday business purposes - information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes - information about your creditworthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | Yes | Yes |

| To limit our sharing | <ul><li>Call (877) 936 - 4336 - our menu will prompt you through your choice(s) or</li><li>Visit us on the web at www.maxlend.com</li></ul>Please note:<br>If you are a new customer, we can begin sharing your information subject to your ability to opt-out 30 days from the date you sent this notice. When you are no longer our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call (877) 936 - 4336 or go to www.maxlend.com |
| **Who we are** | |
| Who is providing this notice? | MaxLend is providing this privacy policy and it applies to all loans made by the company and all products and services offered in connection with such loans. |
| **What we do** | |
| How does MaxLend protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. Even though we have taken significant steps to protect your Personal Information, no company, including us, can fully eliminate security risks associated with Personal Information. |

| How does MaxLend collect my personal information? | We collect your personal information, for example, when you |
|---|---|
| | <ul><li>Apply for a loan</li><li>Give us your income information</li><li>Tell us where to send the money</li><li>Provide account information</li><li>Provide employment information</li><li>Provide feedback</li></ul> |
| | **Personal Information from Other Sources** |
| | We also collect your personal information from others, such as credit bureaus, affiliates, companies who we have partnered with (collectively, "Partners") or other companies. We may associate this information with the other Personal Information we have collected about you. |
| | **Information Collected Via Technology** |
| | As you use MaxLend, certain information may also be passively collected from your browser and other locations and stored on our or our service providers' server logs, including your Internet protocol address, browser type, and operating system. We also use Cookies and navigational data like Uniform Resource Locators (URL) to gather information regarding the date and time of your visit and the solutions and information for which you searched and viewed, or on which of the advertisements displayed on MaxLend you clicked. This type of information is collected to make MaxLend and solutions more useful to you and to tailor the experience with MaxLend to meet your special interests and needs. |
| | We or our service providers, may track your IP Address when you access MaxLend to assist with ad targeting. |
| | We may use both session Cookies (which expire once you close your web browser) and persistent Cookies (which stay on your computer until you delete them) to provide you with a more personal and interactive experience with MaxLend. In order to use our services offered through MaxLend, your web browser must accept Cookies. If you choose to disable Cookies, some aspects of MaxLend may not work properly, and you may not be able to receive our services. |
| | We may share your content preferences and other information with the social network from which you have connected to MaxLend, along with those companies and persons you have asked us to share your information with. |
| | Additionally, if you provide feedback to us, we may use and disclose such feedback for any purpose, provided we do not associate such feedback with your Personal Information. We will collect any information contained in such feedback and will treat the Personal Information in it in accordance with this Privacy Policy. You agree that any such comments we receive becomes our property. We may use feedback for marketing purposes or to add to or modify our services without paying any royalties or other compensation to you |
| Why can't I limit all sharing? | Federal law gives you the right to limit only |
| | <ul><li>sharing for affiliates' everyday business purposes - information about your creditworthiness</li><li>affiliates from using your information to market to you</li><li>sharing for nonaffiliates to market to you</li></ul> |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. |
| | Our affiliates include financial companies such as other lenders and non-financial companies such as marketing and servicing companies. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| | <ul><li>*Nonaffiliates we share with can include other lenders and direct marketing companies.*</li></ul> |
| Cookies | Small pieces of information that a website sends to your computer's hard drive while you are viewing a website. |

| Internet Protocol Address or "IP Address" | A number that is automatically assigned to your computer when you use the Internet. In some cases, your IP Address stays the same from browser session to browser session; but if you use a consumer internet access provider your IP Address probably varies from session to session. |
|---|---|
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. <br><br> • *Our joint marketing partners can include institutions such as other lenders or marketers .* |

**Other:**

We may provide your Personal Information to third-party service providers who work on behalf of or with us to provide some of the services and features of MaxLend and to help us communicate with you. We require our third-party service providers to promise not to use such information except as necessary to provide the relevant services to us. If you do not want us to use or disclose Personal Information collected about you in the manner identified in this Privacy Policy, you should not use MaxLend In the event we go through a business transition such as a merger, acquisition by another company, sale of all or a portion of assets, or other business transition, your Personal Information may be among the assets transferred. You acknowledge that such transfers may occur and are permitted by this Privacy Policy, and that any acquirer of ours may continue to process your Personal Information as set forth in this Privacy Policy.

We may disclose your Personal Information if we believe in good faith that such disclosure is necessary to (a) comply with relevant laws or to respond to subpoenas or warrants served on us; or (b) to protect and defend our rights or property, you, or third parties. You hereby consent to us sharing your Personal Information under the circumstances described herein. MaxLend may contain links to other websites. Please be aware that we are not responsible for the privacy practices or the content of such other websites. This MaxLend privacy policy applies solely to information collected by us through maxlend.com and does not apply to these third-party websites. The ability to access information of third-parties from MaxLend, or links to other websites or locations, is for your convenience and does not signify our endorsement of such third-parties, their products, their services, other websites, locations or their content.

Our third-party platform provider is a third-party beneficiary of our third-party service provider's arbitration, class action, and jury waiver provisions.

*Web browser:* You can opt-out of receiving personalized ads by clicking on the blue icon that typically appears in the corner of the ads we serve and by following the instructions provided by clicking [HERE]. You can opt-out of receiving personalized push notifications by going into your browser and unchecking applications or extensions from which you do not wish to receive notifications. Please note that this "opt-out" function is browser-specific and relies on an "opt-out cookie", thus, if you delete your cookies or upgrade your browser after having opted out, you will need to opt-out again. If you use a Safari browser, please also see directions regarding our cookie-less technology opt-out below.

*Mobile Device Opt-Out:* To opt-out of receiving targeted ads that are based on your behavior across different mobile applications follow the instructions below for iOS and Android devices:

   iOS 7 or Higher: Go to your Settings> Select Advertising> Enable the "Limit Ad Tracking" setting; and

   For Android devices with OS 2.2 or higher and Google Play Services version 4.0 or higher: Open your Google Settings App> Select Ads> Enable "Opt-out of interest-based advertising".

*Industry Opt-Out Tools and Self-Regulation:* You may use the NAI opt-out tool [HERE] which will allow you to opt-out of seeing personalized ads from us and form other NAI approved member companies.

**IMPORTANT NOTICE:** THIS LOAN IS NOT INTENDED TO MEET LONG-TERM FINANCIAL NEEDS. THIS LOAN SHOULD BE USED ONLY TO MEET SHORT-TERM CASH NEEDS. RENEWING THE LOAN RATHER THAN PAYING THE DEBT IN FULL WHEN DUE WILL REQUIRE PAYMENT OF ADDITIONAL FINANCE CHARGES.

**IMPORTANT ACKNOWLEDGEMENTS:**

**YOU AGREE AND ACKNOWLEDGE THAT YOU ARE WAIVING YOUR RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION RELATED TO OR ARISING OUT OF OUR SERVICES, THE SERVICES OF OUR SERVICERS OR AGENTS, AND/OR THIS AGREEMENT.**

BY CLICKING THE ACKNOWLEDGMENT BUTTON BELOW:

- YOU ARE ELECTRONICALLY SIGNING THIS AGREEMENT.
- YOU AGREE THAT THIS ELECTRONIC SIGNATURE HAS THE FULL FORCE AND EFFECT OF YOUR PHYSICAL SIGNATURE AND THAT IT BINDS YOU TO THIS AGREEMENT IN THE SAME MANNER A PHYSICAL SIGNATURE WOULD. YOU CERTIFY THAT THE INFORMATION GIVEN IN CONNECTION WITH THIS AGREEMENT IS TRUE AND CORRECT.
- YOU AUTHORIZE MAXLEND TO VERIFY THE INFORMATION GIVEN IN CONNECTION WITH THIS AGREEMENT AND GIVE MAXLEND CONSENT TO OBTAIN INFORMATION ON YOU FROM CONSUMER REPORTING AGENCIES OR OTHER SOURCES AND SERVICES.

- YOU ACKNOWLEDGE THAT: (A) YOU HAVE READ, UNDERSTAND, AND AGREE TO ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT INCLUDING THE JURY TRIAL WAIVER AND PROCEDURE PROVISION AS WELL AS THE PRIVACY NOTICE, (B) THIS AGREEMENT WAS FILLED IN BEFORE YOU SIGNED IT, AND (C) THAT YOU HAVE PRINTED OR DOWNLOADED A COMPLETED COPY OF THIS AGREEMENT FOR YOUR RECORDS. YOU FURTHER ACKNOWLEDGE THAT THIS AGREEMENT IS SUBJECT TO APPROVAL BY MAXLEND.

**Lender: Makes Cents, Inc. d/b/a MaxLend**

**Borrower:**

Lauren Combs

**EXHIBIT B**

**M A X L E N D** (INDEX.ASPX)      (TEL://877-936-4336)      (LOGIN.ASPX)

# Installment Loans - An Alternative Solution to Payday Loans

$600.00 ⌄

Apply Now!

 

Deposit up to **$3,000** into **your bank account** as soon as today*.

## TO APPLY BY PHONE CALL

## 877-936-4336 (TEL:+18772513124) ANYTIME, 24-7.

## MAXLEND PREFERRED REWARDS

Reward yourself with more money, more savings and more time. Learn more today.



(preferred)

**Learn More (preferred)**

Questions? Call 1-877-936-4336 (tel:+1-877-936-4336)

**M A X** L E N D (INDEX.ASPX)      (TEL://877-936-4336)      (LOGIN.ASPX)

# Apply Now! (application.aspx)

# Log In

# Call us (tel://877-936-4336)

## eSign Now!

Have you been approved for a MaxLend loan? If you haven't yet, please log in to electronically sign your loan documents.

Log In to eSign Now! »

## No Credit? No Problem.

In fact, people with bad credit, good credit, and no credit apply for installment loans every day. Find out if MaxLend is the right fit for your needs!

How It Works » (howitworks.aspx)

## Returning Customers

Check out your status with MaxLend Preferred Rewards. Earn access to more money, more savings and more time**M A X** L E N D  (INDEX.ASPX)            (TEL://877-936-4336)         (LOGIN.ASPX)

Login To Check Your Status »

When you need emergency funds, MaxLend is an alternative option to borrowing from payday loan lenders. Installment loans are different than payday loans - while payday loans require you to pay back your loan amount in full on your next payday, instead you'll pay back your loan over installments. Additionally, applying for a loan from MaxLend is just as easy as the typical payday loan application process - fill out our forms online and we'll verify your information over the phone. You can be approved for a loan amount up to $3,000, which we can deliver to your bank account as soon as today*. Learn more about why MaxLend loans are the alternative payday loan solution!

**Availability and Restriction**
You must be 18 years or older to apply. Uetsa Tsakits, Inc. d/b/a "MaxLend" ("Tribe") is a lender. There is no cost to use this website. Not all applicants will be eligible for a $3,000 loan or even any loan at all. Qualifying for final approval of a cash loan depends on various factors, including income and the state in which you reside. MaxLend does not extend loans to Active Duty Military, their spouses or their dependents. Your supplied information may be verified with any number of independent verification and/or credit reporting companies. The Tribe has elected not to conduct business in the following states: Arkansas, Connecticut, Georgia, Massachusetts, Minnesota, New York, North Dakota, Pennsylvania, Vermont, Virginia, Washington, or West Virginia. The availability of installment loans in any state is subject to change at any time and at the sole discretion of the Tribe.

**Interest (Annual Percentage Rate) APRs.**
APR's range from 471.7846% to 841.4532% depending on the duration of the loan and the loan origination fees.

**Implications of Non-Payment, Late Payments, or Partial Payments**
By agreeing to the terms of the loan, you are agreeing to pay back the loan and pay the principal and various loan fees included in the contract. Failure to pay back your loan according to the terms of your contract will result in additional fees and penalties. All non - payment fees and other potential fees will be set forth in the Loan Agreement, and you should refer to the Loan Agreement regarding specific non-payment fees.

MaxLend offers Installment Loans with a schedule of set payments. Loans may be paid in full at any time without penalty. Additional partial payments toward principal also may be made on any scheduled payment date. Paying off your loan faster than scheduled may reduce your overall cost of credit.

**Credit Report, Credit Score and Impact**
Uetsa Tsakits, Inc. d/b/a "MaxLend" is a lender and evaluates your information to determine if you qualify for a loan. Lenders that review your information often use 3rd party credit reporting agencies to evaluate your information and determine whether to offer you a loan. Typically, lenders in this industry do not order credit reports from Experian, Transunion or Equifax, instead relying upon other credit information repositories. As a result, your credit report may or may not be impacted based on the particular service used by the lender. We encourage you to monitor your credit from various credit monitoring services to evaluate your credit score. You should avoid completing multiple applications on multiple websites to minimize the impact to your credit score.

**Important Information about Your Lender**

☰ MAX LEND (INDEX.ASPX)          (TEL://877-936-4336)          (LOGIN.ASPX)

We encourage responsible borrowing. The use of installment loans as well as any loan should be done with full consideration of the costs involved. Review your loan documents carefully before you agree to the terms of the loan. This site is owned and operated by the Mandan, Hidatsa, and Arikara Nation — the Three Affiliated Tribes of the Fort Berthold Reservation. Our management team has over 20 years of experience in online lending and we are members of the Online Lenders Alliance (OLA) which supports the review and establishment of best practice standards in this industry. We can be reached by email at CustomerService@MaxLend.com (mailto:customerservice@maxlend.com) or you can call our loan center at 877.936.4336.

OLA members adhere to the OLA Responsible Lending Policy. OLA's consumer hotline: 1-866-299-7585.

*Same Day Funding is available on business days where pre-approval, eSignature of the loan agreement and completion of the confirmation call, if a call is required, have occurred by 11:45 a.m. Eastern Time and a customer elects ACH as payment method. Other restrictions may apply. Certain financial institutions do not support same day funded transactions. When Same Day Funding is not available, funding will occur the next business day.

MaxLend, is a sovereign enterprise, an economic development arm and instrumentality of, and wholly-owned and controlled by, the Mandan, Hidatsa, and Arikara Nation, a federally-recognized sovereign American Indian Tribe. (the "Tribe"). This means that MaxLend's loan products are provided by a sovereign government and the proceeds of our business fund governmental services for Tribe citizens. This also means that MaxLend is not subject to suit or service of process. Rather, MaxLend is regulated by the Tribe. If you do business with MaxLend, your potential forums for dispute resolution will be limited to those available under Tribal law and your loan agreement. As more specifically set forth in MaxLend's contracts, these forums include an informal but affordable and efficient Tribal dispute resolution, or individual arbitration before a neutral arbitrator. Otherwise, MaxLend is not subject to suit or service of process. Neither MaxLend nor the Tribe has waived its sovereign immunity in connection with any claims relative to use of this website. If you are not comfortable doing business with sovereign instrumentality that cannot be sued in court, you should discontinue use of this website.

 (https://onlinelendersalliance.org/look-for-the-ola-seal/)

HOME (INDEX.ASPX)

HOW IT WORKS (HOWITWORKS.ASPX)

FAQ (FAQ.ASPX)

PREFERRED (PREFERRED)

PRIVACY (PRIVACY.ASPX)

CONTACT (CONTACT.ASPX)

MAXLEND MONEY BLOG (HTTPS://BLOG.MAXLEND.COM)

**<u>EXHIBIT C</u>**

## Maxlend.com domain name registration records from 2010

```
Domain: maxlend.com
Record Date: 2010-03-11
Registrar: MELBOURNE IT, LTD. D/B/A INTERNET NAMES WORLDWIDE
Server: whois.melbourneit.com
Created: 2005-04-08
Updated: 2006-10-16
Expires: 2010-04-08

Record:
Domain Name.......... maxlend.com
   Creation Date........ 2005-04-08
   Registration Date.... 2005-04-08
   Expiry Date.......... 2010-04-08
   Organisation Name.... r
   Organisation Address. r
   Organisation Address.
   Organisation Address. r
   Organisation Address. r
   Organisation Address. r
   Organisation Address. VIRGIN ISLANDS (U.S.)

Admin Name........... r r
   Admin Address........ r
   Admin Address........
   Admin Address........ r
   Admin Address........ r
   Admin Address........ r
   Admin Address........ UNITED STATES
   Admin Email.......... simax89@yahoo.com
   Admin Phone.......... +1.9875465454
   Admin Fax............

Tech Name............ YahooDomains TechContact
   Tech Address......... 701 First Ave.
   Tech Address.........
   Tech Address......... Sunnyvale
   Tech Address......... 94089
   Tech Address......... CA
   Tech Address......... UNITED STATES
   Tech Email........... domain.tech@YAHOO-INC.COM
   Tech Phone........... +1.4089162124
   Tech Fax............
   Name Server..........
   Name Server..........
```

**<u>EXHIBIT D</u>**

## MaxLend's website from 2013

7/24/2019                                    MaxLend | MAXimize Your Resources

http://www.maxlend.com/                              Go       JUN   SEP   OCT
                                                          ◀  21  ▶
120 captures                                              2008  2013  2014
9 Mar 2008 - 19 Mar 2019                                   ▼ About this capture

**Call Now! 877-936-4336**

- Home
- How It Works
- Common Questions
- Privacy
- Contact

# MAXimize your resources

Just because you're short on funds
doesn't mean you're short on options.

MAXLEND can deliver up to $1,250 to your
bank account as soon as tomorrow!

Bookmark our site as your trusted financial resource —
we are rolling our services out soon.

## Fast. Easy. Reliable.

You need an immediate solution, and MAXLEND is ready to help. Our secure online form is simple and takes just minutes to complete. Once approved, we can fund you as soon as 24 hours!

Common Questions »

## No Credit?
## No Problem.

In fact, people with bad credit, good credit, and no credit apply for short term loans every day. All U.S. citizens over the age of 18 with a steady source of income and a checking account are eligible to apply!

How It Works »

## Get the MAX VIP Advantage

We value your business! If you need our services again, we treat you like a VIP with lower fees and higher loan amounts. Call us to learn more or Log In to your account (coming soon!) to see if you're eligible.

Coming Soon! »

Home • How It Works • Common Questions • Privacy • Contact

© MaxLend 2013
P.O. Box 1793
Belize City, Belize C.A.
All rights Reserved

https://web.archive.org/web/20130921022154/http://www.maxlend.com/                              1/1