IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LAUREN COMBS,<br>on behalf of Plaintiff and a class,<br><br>        Plaintiff,<br><br>  vs.<br><br>MAKES CENTS, INC.,<br>doing business as MaxLend;<br>UETSA TSAKITS, INC.;<br>DAVID JOHNSON;<br>KIRK MICHAEL CHEWNING; and<br>CANE BAY PARTNERS VI, LLLP;<br><br>        Defendants. | Case No. 3:22-cv-50006<br><br>Honorable Iain D. Johnston |

## NOTICE AND REQUEST TO STAY PENDING DEADLINES

  Plaintiff, Lauren Combs, and Defendants Makes Cents, Inc., Uetsa Tsakits, Inc., David Johnson, Kirk Chewning, and Cane Bay Partners VI, LLLP (collectively, "Defendants") respectfully submit this notice to inform the Court that the Parties have resolved this matter and expect to file a stipulation of dismissal within the next 45 days. The Parties request that the Court stay all pending deadlines including the JISR deadline of March 10, 2022.

  Respectfully submitted,

DATED: March 10, 2022

/s/ *Matthew J. Goldstein*
Matthew J. Goldstein
Tara L. Goodwin
Daniel A. Edelman
EDELMAN COMBS LATTURNER
  & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com
*Counsel for Plaintiff*

 /s/ *Ellen M. Carey*
Ellen M. Carey
FORDE & O'MEARA LLP
191 North Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 399-2377
Email: ecarey@fordellp.com

  /s/ *Ashley Vinson Crawford*
Ashley Vinson Crawford (*pro hac vice pending*)
Danielle C. Ginty (*pro hac vice pending*)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500

1

San Francisco, CA 94104
Tel: (415) 765-9500
Fax: (415) 765-9501
Email: avcrawford@akingump.com
Email: dginty@akingump.com

*Attorneys for Defendants*
Cane Bay Partners VI, LLLP, David Johnson, and Kirk Michael Chewning

    /s/ Troy E. Haggestad\_\_\_
Troy E. Haggestad
Williams McCarthy LLP
120 W. State Street, 4th Floor
Rockford, IL 61101
Tel:  (815) 987-8900
Fax:  (815) 987-8919
Email: thaggestad@wilmac.com

    /s/ Nicole E. Ducheneaux
Nicole E. Ducheneaux (*pro hac vice pending*)
Leonika R. Charging-Davison
(*pro hac vice pending*)
Big Fire Law & Policy Group, LLP
1404 Fort Crook Road South
Bellevue, NE 68005
Tel:  (531) 466-8725
Fax:  (531) 466-8792
Email: nducheneaux@bigfirelaw.com
Email: lcharging@bigfirelaw.com

*Attorneys for Defendants*
Makes Cents, Inc. and Uetsa Tsakits, Inc.

## CERTIFICATE OF SERVICE

    I, Matthew J. Goldstein, hereby certify that on Thursday, March 10, 2022, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                          */s/ Matthew J. Goldstein*
                                          Matthew J. Goldstein


Daniel A. Edelman
Tara L. Goodwin
Matthew J. Goldstein
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com