# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| LAUREN COMBS,<br>on behalf of Plaintiff and a class,<br><br>                     Plaintiff,<br><br>    vs.<br><br>MAKES CENTS, INC.,<br>doing business as MaxLend;<br>UETSA TSAKITS, INC.;<br>DAVID JOHNSON;<br>KIRK MICHAEL CHEWNING; and<br>CANE BAY PARTNERS VI, LLLP;<br><br>                     Defendants. | Case No. 3:22-cv-50006<br><br>Honorable Iain D. Johnston<br>Magistrate Judge Jensen |

## STIPULATION OF DISMISSAL

Plaintiff, Lauren Combs, and Defendants, Makes Cents, Inc., Uetsa Tsakits, Inc., David Johnson, Kirk Chewning, and Cane Bay Partners VI, LLLP (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without prejudice as to the claims of the putative class, with each party to bear their own costs.

Respectfully submitted,

DATED: May 13, 2022

| | |
|---|---|
| /s/ Matthew J. Goldstein<br>Matthew J. Goldstein<br>Tara L. Goodwin<br>Daniel A. Edelman<br>EDELMAN COMBS LATTURNER<br>        & GOODWIN, LLC<br>20 S. Clark St., Suite 1500<br>Chicago, IL 60603<br>(312) 739-4200<br>courtecl@edcombs.com<br><br>*Counsel for Plaintiff* | /s/ Ellen M. Carey<br>Ellen M. Carey<br>FORDE & O'MEARA LLP<br>191 North Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>Tel: (312) 399-2377<br>Email: ecarey@fordellp.com<br><br>/s/ Ashley Vinson Crawford<br>Ashley Vinson Crawford (*pro hac vice pending*)<br>Danielle C. Ginty (*pro hac vice pending*) |

1

AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Tel: (415) 765-9500
Fax: (415) 765-9501
Email: avcrawford@akingump.com
Email: dginty@akingump.com

*Attorneys for Defendants*
Cane Bay Partners VI, LLLP, David Johnson, and Kirk Michael Chewning


 /s/ Troy E. Haggestad
Troy E. Haggestad
Williams McCarthy LLP
120 W. State Street, 4th Floor
Rockford, IL 61101
Tel:    (815) 987-8900
Fax:    (815) 987-8919
Email: thaggestad@wilmac.com

 /s/ Nicole E. Ducheneaux
Nicole E. Ducheneaux (*pro hac vice pending*)
Leonika R. Charging-Davison
(*pro hac vice pending*)
Big Fire Law & Policy Group, LLP
1404 Fort Crook Road South
Bellevue, NE 68005
Tel:    (531) 466-8725
Fax:    (531) 466-8792
Email: nducheneaux@bigfirelaw.com
Email: lcharging@bigfirelaw.com

*Attorneys for Defendants*
Makes Cents, Inc. and Uetsa Tsakits, Inc.

3

## **CERTIFICATE OF SERVICE**

  I, Matthew J. Goldstein, hereby certify that on Friday, May 13, 2022, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notice via email to all counsel of record.

                */s/ Matthew J. Goldstein*
                Matthew J. Goldstein

Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6297473)
Matthew J. Goldstein (ARDC 6339033)
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com