# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Lauren Combs
                    Plaintiff,

v.                                              Case No.: 3:22−cv−50006
                                                Honorable Iain D. Johnston

Makes Cents, Inc., et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 16, 2022:

MINUTE entry before the Honorable Iain D. Johnston: In light of the stipulation to dismiss [17], this case is dismissed. The claims by the plaintiff individually are dismissed with prejudice, while the putative class claims are dismissed without prejudice. Each side shall bear its own costs and fees. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.